DECLARATION OF BARBARA LARRABEE

1. My name is Barbara Larrabee. I am the Chief Marketing Officer of Growth Solutions, LLC.

2. Growth Solutions is a Maryland limited liability company. It was organized in Maryland on March 8, 2013. David Kelly is its CEO and sole member.

3. Growth Solutions is not a party to any contract with GS Franchising Systems, Inc.

4. Growth Solutions is headquartered in Sparks, Maryland. It has no offices in Ohio and does not own, use, or possess any real estate in Ohio.

5. Growth Solutions has no employees in Ohio.

6. Growth Solutions does not target its marketing at or in Ohio.

7. Since its inception in 2013 Growth Solutions has earned no revenue in Ohio.

8. Growth Solutions has not contracted to supply and does not supply goods or services in Ohio.

9. Growth Solutions does not otherwise regularly do or solicit business, or engage in any other persistent course of conduct in Ohio.

10. Growth Solutions does not sell any goods, whether in Ohio or anywhere else, and thus it has not derived substantial revenue from goods used or consumed in Ohio, and has not made or breached any warranty with respect to any sale of goods used in Ohio.

11. Growth Solutions does not insure any person, property, or risk, whether in Ohio or anywhere else.

12. Growth Solutions derives nearly all of its revenue by owning and operating an accounting firm, a human resources firm, a public relations firm, and a performance management firm. For example, clients hire us serve as the Chief Financial Officer, Public Relations or Chief Communications Officer, or Chief Human Resources Officer, or in another similar role.

13. These services are quite distinct from growth coaching, which mainly involves encouraging people to develop their own plans. By contrast, the services our firms provide all involve the actual development and execution of business plans and strategies.

14. Growth Solutions acquired all of these firms in or since 2017.

15. These firms also have no offices or employees in Ohio, they do not target their marketing or services at or in Ohio, their employees have not traveled to Ohio for work at any time since the firms were acquired by Growth Solutions, they do not regularly do or solicit business in Ohio, they do not engage in any other persistent course of conduct in Ohio, they do not sell any goods in Ohio, and they do not insure any person, property, or risk in Ohio.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on 3/28/19.


/s/ Barbara Larrabee
Barbara Larrabee

## DECLARATION OF BARBARA LARRABEE

1. My name is Barbara Larrabee. I am the Chief Marketing Officer of Growth Solutions, LLC.

2. Growth Solutions is a Maryland limited liability company. It was organized in Maryland on March 8, 2013. David Kelly is its CEO and sole member.

3. Growth Solutions is not a party to any contract with GS Franchising Systems, Inc.

4. Growth Solutions is headquartered in Sparks, Maryland. It has no offices in Ohio and does not own, use, or possess any real estate in Ohio.

5. Growth Solutions has no employees in Ohio.

6. Growth Solutions does not target its marketing at or in Ohio.

7. Since its inception in 2013 Growth Solutions has earned no revenue in Ohio.

8. Growth Solutions has not contracted to supply and does not supply goods or services in Ohio.

9. Growth Solutions does not otherwise regularly do or solicit business, or engage in any other persistent course of conduct in Ohio.

10. Growth Solutions does not sell any goods, whether in Ohio or anywhere else, and thus it has not derived substantial revenue from goods used or consumed in Ohio, and has not made or breached any warranty with respect to any sale of goods used in Ohio.

11. Growth Solutions does not insure any person, property, or risk, whether in Ohio or anywhere else.

12. Growth Solutions derives nearly all of its revenue by owning and operating an accounting firm, a human resources firm, a public relations firm, and a performance management firm. For example, clients hire us serve as the Chief Financial Officer, Public Relations or Chief Communications Officer, or Chief Human Resources Officer, or in another similar role.

13. These services are quite distinct from growth coaching, which mainly involves encouraging people to develop their own plans. By contrast, the services our firms provide all involve the actual development and execution of business plans and strategies.

14. Growth Solutions acquired all of these firms in or since 2017.

15. These firms also have no offices or employees in Ohio, they do not target their marketing or services at or in Ohio, their employees have not traveled to Ohio for work at any time since the firms were acquired by Growth Solutions, they do not regularly do or solicit business in Ohio, they do not engage in any other persistent course of conduct in Ohio, they do not sell any goods in Ohio, and they do not insure any person, property, or risk in Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/28/19.

Barbara Larrabee